# Third District Court of Appeal

## State of Florida

Opinion filed November 6, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D2023-2072, 3D2023-2098, 3D2023-2109
Lower Tribunal No. 09-52478

_____

**Michael J. Swerdlow and Brian Street,**
Appellants/Cross-Appellees,

vs.

**Royal Oaks Lane (Biscayne Landing) − North Miami LLC,**
Appellee/Cross-Appellant.

Appeals from the Circuit Court for Miami-Dade County, Vivianne del Rio, Judge.

Brodsky Fotiu-Wojtowicz, PLLC, Alaina Fotiu-Wojtowicz and Michael S. Olin; Joel S. Perwin, P.A., and Joel S. Perwin; Keller Landsberg PA, and Jose R. Riguera (Fort Lauderdale), for appellants/cross-appellees.

Kaufman Dolowich Voluck, and Joe Miele (Ft. Lauderdale), for appellee/cross-appellant.

Before FERNANDEZ, BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed.  See S/D Enterprises, Inc. v. Chase Manhattan Bank, 374 So. 2d 1121, 1122 (Fla. 3d DCA 1979) ("The granting of a deficiency decree in a mortgage foreclosure action is a matter for the sound judicial discretion of the trial court. Generally, the granting of a deficiency judgment is the rule rather than the exception, unless there are facts and circumstances creating equitable considerations upon which a court should deny the deficiency decree in the exercise of its discretion.  Thus, an exercise of sound judicial discretion consonant with equity in the light of the facts should not be disturbed on appeal unless there is a showing of a clear abuse of sound judicial discretion.") (internal citations omitted); Lasar Mfg. Co., Inc. v. Bachanov, 436 So. 2d 236, 237 (Fla. 3d DCA 1983) ("It is well settled that a trial court's decision to permit or refuse amendment to pleadings will not be disturbed on appeal in the absence of an abuse of discretion.").